UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID SAMUEL CRENWELGE, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-21-892-G |
| | ) |
| STATE OF OKLAHOMA et al., | ) |
| | ) |
|     Respondents. | ) |

## ORDER

Petitioner David Samuel Crenwelge, a state prisoner appearing pro se, filed a habeas petition and an application seeking leave to proceed *in forma pauperis*. The matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636.

On September 13, 2021, Judge Mitchell issued a Report and Recommendation (Doc. No. 6) finding that Petitioner has available funds sufficient to prepay the $5.00 filing fee and recommending that Petitioner's application for leave to proceed *in forma pauperis* be denied.

In the Report and Recommendation, Judge Mitchell advised Petitioner of his right to object to the Report and Recommendation by October 4, 2021. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has submitted additional correspondence to the Court but has not filed any objection to the Report and Recommendation or sought leave for additional time to do so. Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 6) in its entirety. Petitioner's application for leave to proceed *in forma pauperis* (Doc No. 2) is DENIED.

Petitioner is advised that unless he pays the $5.00 filing fee in full to the Clerk of the Court on or before November 30, 2021, or to show good cause for his failure to do so, this action shall be subject to dismissal without prejudice. *See* LCvR 3.3(e).

IT IS SO ORDERED this 9th day of November, 2021.

*[signature]*
CHARLES B. GOODWIN
United States District Judge